**Order entered September 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00842-CV
No. 05-19-00844-CV

## IN THE INTEREST OF G.A.L., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85844**

## ORDER

The Court questioned its jurisdiction over these appeals as the clerk's record did not contain a judgment terminating appellant's parental rights. A supplemental clerk's record has now been filed containing the trial court's August 2, 2019 order terminating appellant's parental rights. It now appears this Court has jurisdiction over these appeals.

On the Court's own motion, we **CONSOLIDATE** appellate cause number 05-19-00842-CV into appellate cause number 05-19-00844-CV. All future correspondence with this Court shall contain only appellate cause number 05-19-00844-CV.

The appellate record is complete. Accordingly, appellant shall file her brief on the merits by **September 27, 2019**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE